UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00116 BSM |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ANDREW SCOTT PIERSON | ) | |
| MARIA GUADALUPE ALMENDAREZ | ) | |
| OSCAR ALMENDAREZ III | ) | |
| FNU LNU aka OSO | ) | |
| ALEJANDRO QUIROZ | ) | |
| ABRAHAM AURELIO CALDERON | ) | |
| ENRRIQUE OLIVAS | ) | |
| BETTY JOANN KENDALL | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 03 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## MOTION TO SEAL SUPERSEDING INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, the United States requests that the above-styled Superseding Indictment be sealed until the defendants are in custody or have been released pending trial. The United States has requested arrest warrants for all the defendants, and for the safety of law enforcement agents who will attempt to execute the arrest warrants and to guard against the risk of flight, the United States respectfully submits that the defendants' identities should not be revealed in any public manner until the warrants has been executed.

Further, defendant ANDREW SCOTT PIERSON is presently under indictment in this case and is detained by the United States Marshalls Service. For the safety of law enforcement officers executing arrest warrants and to guard against co-defendants' risk of flight, the United States requests delayed notice to ANDREW SCOTT PIERSON until the earlier of the arrest warrants being served upon the co-defendants and their appearances before the Court, or such time as the United States requests that the case be unsealed. Further, in order to

1

protect the officers who are executing the arrest warrants, the United States requests that the Court direct the Clerk of Court not enter any information in ECF pertaining to the Superseding Indictment, including, but not limited to, the Superseding Indictment, counts contained in the Superseding Indictment, warrants, summonses, and this motion, until the arrest warrants have been served upon the defendants and they have appeared before the Court, or the case is otherwise unsealed.

        CODY HILAND
        UNITED STATES ATTORNEY

        */s/ Anne E. Gardner*
        By ANNE E. GARDNER
        Assistant U.S. Attorney
        Bar No. 41461
        P.O. Box 1229
        Little Rock, Arkansas 72203
        501-340-2600
        Anne.Gardner2@usdoj.gov

## ORDER

Pursuant to the above requests, the Superseding Indictment in this matter shall be sealed until the defendants are in custody or have been released pending trial, or the case is otherwise unsealed, and the Clerk of Court shall not enter any information pertaining to the Superseding Indictment, including, but not limited to, the Superseding Indictment, counts contained in the Superseding Indictment, summonses, and this motion and order until arrest warrants have been served upon the defendants and they have appeared before the Court, or the case is otherwise unsealed.

9/3/19
DATE

_____
UNITED STATES MAGISTRATE JUDGE